**Order filed May 24, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00016-CV

_____

**INTERNATIONAL RISK CONTROL, LLC, Appellant**

**V.**

**SEASCAPE OWNERS ASSOCIATION, INC., Appellee**

---

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 10CV4172**

---

## O R D E R

Appellant's brief was due **April 30, 2012.** No brief or motion for extension of time has been filed. On May 3, 2012, the Galveston County District Clerk assigned to this court a supplemental notice of appeal from the trial court's modified summary judgment order signed February 24, 2012. The modified order is included in the clerk's record filed March 29, 2012.

Appellant is ordered to file a brief with the clerk of this court on or before **June 25, 2012.** Unless appellant complies with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM